SOUTHERN NEW ENGLAND TELEVISION SERVICE COMPANY, INC., ET AL. *v.* HARTFORD FIRE INSURANCE COMPANY
(13982)

Dupont, C. J., and Foti and Schaller, Js.

Argued January 24—decision released March 5, 1996

*Benjamin Ancona, Jr.,* with whom was *Jane Ancona,* for the appellants (plaintiffs).

*Stuart G. Blackburn,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.